NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

WINTERHAWK OUTFITTERS, INC.,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee.*

---

2013-5063

---

Appeal from the United States Court of Federal Claims in No. 12-CV-133, Senior Judge Bohdan A. Futey.

---

**JUDGMENT**

---

TODD E. MACKINTOSH, Wood, Ris & Hames, P.C., of Denver, Colorado, argued for plaintiff-appellant.

ELLEN M. LYNCH, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and STEVEN J. GILLINGHAM, Assistant Director. Of counsel on the brief was DIANE M. CONNOLLY, Attor-

ney, United Stated Department of Agriculture, of Golden, Colorado.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| October 16, 2013 | /s/ Daniel  E.  O'Toole |
|---|---|
| Date | Daniel  E.  O'Toole |
| | Clerk |